## The People of the State of Illinois ex rel. Michelangelo Pacella, Appellant, v. Bennett Medical College, Appellee.

### Gen. No. 22,752.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Petition of mandamus by the People of the State of Illinois on the relation of Michelangelo Pacella, petitioner, against the Bennett Medical College, a corporation, respondent, to compel respondent to issue to petitioner a diploma of graduation as a doctor in medicine, duly executed by defendant's officers. From a decree dismissing the petition, petitioner appeals.

MICHELANGELO PACELLA, for appellant.

No appearance for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. COLLEGES AND UNIVERSITIES, § 9*—*when evidence sufficient to show that student had not passed required examinations.* Evidence *held* sufficient to sustain respondent's answer to a petition for mandamus to compel respondent to issue to petitioner a duly executed graduation diploma as a doctor in medicine, setting up that petitioner had not passed the required satisfactory examination in all branches.

2. COLLEGES AND UNIVERSITIES, § 9*—*who must be judge of qualifications of medical students.* A medical school must be the judge

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

of the qualifications of its students to be granted the degree of doctor of medicine.

3. COLLEGES AND UNIVERSITIES, § 9*—*when courts will not pass upon attainments of students.* Courts are not supposed to be learned in medical science and are not qualified to pass an opinion as to the attainments of a student in medical science.

4. COLLEGES AND UNIVERSITIES, § 9*—*what is not evidence that student is entitled to genuine diploma.* The presenting to a medical student at the time of graduation of a blank diploma not filled out with his name or a degree or title, *held* not to be evidence that such student was entitled to a genuine diploma.